## Chicago, Rock Island & Pacific Railway Company v. Anderson Hamlin.

### Gen. No. 11,118.

<div style="float:right">114   141<br>Case 1<br>r215s 525</div>

1. AFFIRMANCE—*when, results by operation of law.* Where only two judges of the Appellate Court participate in the determination of an appeal and they differ, the judgment below is affirmed by operation of law.

Action on the case for personal injuries. Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1903. Affirmed. Opinion filed May 17, 1904.

W. T. RANKIN and BENJAMIN S. CABLE, for appellant.

GEORGE E. DICKSON and CASTLE, WILLIAMS & SMITH, for appellee; BEN M. SMITH, of counsel.

This case having been tried in the Circuit Court before Justice Baker he has taken no part in its consideration here. The other justices not being able to agree, the judgment of the Circuit Court is affirmed by operation of law.

*Affirmed.*